**Electronically Filed
Supreme Court
SCWC-13-0001578
25-SEP-2014
01:36 PM**

SCWC-13-0001578

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JAMES N. YAMURA, III,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001578; CR. NO. 1P1120006347)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant James N. Yamura, III's

Application for Writ of Certiorari, filed on August 26, 2014, is

hereby rejected.

DATED:  Honolulu, Hawai'i, September 25, 2014

Shawn A. Luiz                    /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama
Keith M. Kaneshiro and
Sonja P. McCullen                /s/ Sabrina S. McKenna
for respondent
                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson

